NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COMMERCIAL LAWN IRRIGATION, INC.,**
*Plaintif-Appellant,*

v.

**MONROVIA NURSERY COMPANY, INC.,**
*Defendant-Appellee,*

AND

**UNITED STATES,**

*Intervenor-Appellee.*

---

2012-1413

---

Appeal from the United States District Court for the Southern District of Illinois in case no. 11-CV-0493, Judge G. Patrick Murphy.

---

## ON MOTION

---

## ORDER

Commercial Lawn Irrigation, Inc. moves unopposed to terminate its appeal, and pursuant to an agreement amongst the parties.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

AUG 0 2 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Paul A. Lesko, Esq.
    Edward R. Schwartz, Esq.
    Adam C. Jed, Esq.

s25

Issued As A Mandate: AUG 0 2 2012 _____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 2 2012

JAN HORBALY
CLERK